**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02078-REB-KMT

FLOW TEK, INC., a Colorado corporation,

    Plaintiff,

v.

CORTLAND LINE COMPANY, INC., a New York corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal Pursuant To Fed.R.Civ.P. 41(a)(1)(A)(ii)** [#22] filed April 1, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal Pursuant To Fed.R.Civ.P. 41(a)(1)(A)(ii)** [#22] filed April 1, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for October 22, 2010, is **VACATED**;

3. That the jury trial set to commence November 8, 2010, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 1, 2010, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge